IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TANISTA L. STEVENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 1:22-cv-00196 |
| WALMART, INC., WAL-MART REAL | ) |
| ESTATE BUSINESS TRUST, WAL-MART | ) |
| STORES EAST, LP and DOES 1-3, | ) |
| | ) |
| Defendants. | ) |

**NOTICE AND PETITION FOR REMOVAL**

COME NOW Defendants, Walmart, Inc., Wal-Mart Real Estate Business Trust and Wal-Mart Stores East, LP ("Walmart"), by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On May 12, 2022, Plaintiff filed a civil action in the Allen Superior Court, Cause No. 02D02-2205-CT-000224, originally captioned *Tanista L. Stevenson vs. Walmart, Inc., Wal-Mart Real Estate Business Trust, Wal-Mart Stores East, LP and DOES 1-3*. Plaintiff's Complaint alleges generally that Tanista L. Stevenson sustained personal injuries at a Walmart store on or about June 21, 2020, due to the negligence of the Defendants.

2. The Complaint and Summons were served on the Walmart Defendants on or about May 16, 2022. A true and accurate copy of the Complaint and Summonses are attached hereto as Exhibit "A" and "B" respectively.

3. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and is one which may be removed to this Court by the Defendants, pursuant to the provisions of 28 U.S.C. §1441 in that jurisdiction of

1

this action exists in this Court by reason of diversity of citizenship. More specifically, the Plaintiff is resident and citizen of the State of Indiana. Defendant, Wal-Mart Stores East, LP, is a Delaware Limited Partnership, of which WSE Management LLC, a Delaware Limited Liability Company, is the general partner, and WSE Investment, LLC, a Delaware Limited Liability Company, is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas Limited Liability Holding Company with its principal place of business located in the State of Arkansas. Wal-Mart Stores, Inc. is the sole member of Wal-Mart Stores East, LLC. Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business located in the State of Arkansas. Defendant Wal-Mart Real Estate Business Trust is a Delaware statutory of which the sole unit holder is Wal-Mart Property Co. Wal-Mart Property Co. is a Delaware corporation with its principal place of business in Arkansas.[1]

4. DOES 1-3 are not legal persons or entities subject to suit.

5. Walmart Defendants have filed a Notice of Filing Petition for Removal contemporaneously herewith in the Allen Superior Court.

6. The amount in controversy in this case exceeds $75,000.

7. Copies of all pleadings and orders filed in the Allen Superior Court are attached as Exhibit "C".

WHEREFORE, Defendants, Walmart, Inc., Wal-Mart Real Estate Business Trust and Wal-Mart Stores East, LP, pray that the action above now pending against it in the Allen

---

[1] Although the citizenship of a traditional trust is usually said to be that of its trustee, if the trust is a business trust under state law, the court looks to the members of the trust, as it would for an LLC or other unincorporated association. Delaware law recognizes a business trust as a statutory trust, and it is treated as an unincorporated association for diversity purposes. *See, e.g.*, *SPV-LS, LLC v. Bergman*, No. 15 CV 6231 (KAM) (CLP), 2019 U.S. Dist. LEXIS 7298, at *53, 2019 WL 2257244, at *43-44 (E.D.N.Y. Jan. 14, 2019) (citations omitted).

3330937

Superior Court, be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

                Respectfully submitted,

                BARRETT McNAGNY LLP

By:   */s/ Robert T. Keen, Jr.*
        Robert T. Keen, Jr., #5475-02
        215 E. Berry Street
        Fort Wayne, Indiana 46802
        Telephone: (260) 423-9551
        Fax: (260) 423-8920
        Email: rtk@barrettlaw.com
        *Attorney for Walmart, Inc., Wal-Mart Real Estate Business Trust and Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of June, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Albert J. Dahm, Esq.
Glaser & Ebbs, LLC
132 East Berry Street
Fort Wayne, IN 46802
bdahm@glaserebbsfw.com
*Attorney for Plaintiff*

                */s/Robert T. Keen, Jr.*
                Robert T. Keen, Jr.

3330937