02D02-2205-CT-000224
Allen Superior Court 2

Filed: 5/12/2022 4:51 PM
Clerk
Allen County, Indiana
DW

IN THE ALLEN SUPERIOR COURT
STATE OF INDIANA

| | |
|---|---|
| TANISTA L. STEVENSON )<br>Plaintiff, )<br>)<br>V. )<br>)<br>WALMART, INC., WAL-MART REAL )<br>ESTATE BUSINSESS TRUST, WAL-MART )<br>STORES EAST, LP and DOES 1-3, )<br>DEFENDANTS. ) | CAUSE NO. _____ |

## COMPLAINT AND JURY DEMAND

Tanista L. Stevenson ("Tanista"), Plaintiff, for her Complaint against Defendants states:

### NATURE OF ACTION

1. This is a civil action for money damages for injuries and resulting damages Tanista suffered on June 21, 2020, due to the dangerous conditions of the "Walmart Supercenter" premises, generally located at 1710 Apple Glen Blvd, Fort Wayne, IN 46804 (hereinafter "Supercenter").

### THE PARTIES

2. At all times relevant to this complaint, Tanista is a natural person and a resident of Allen County, Indiana.

3. At all times relevant to this complaint, Defendant Walmart, Inc. was and is a foreign for-profit corporation incorporated under the laws of the State of Delaware regularly doing business in the State of Indiana, with its registered agent located in Indianapolis, Indiana.

4. At all times relevant to this complaint, Defendant Walmart, Inc. formerly was known as Wal-Mart Supercenters, Inc.

Page 1 of 5

5. At all times relevant to this complaint, Defendant Wal-Mart Real Estate Business Trust was and is a foreign for-profit business trust organized under the laws of the State of Delaware regularly doing business in the State of Indiana, with its registered agent located in Indianapolis, Indiana.

6. At all times relevant to this complaint, Defendant Wal-Mart Stores East, LP was and is a foreign for-profit limited partnership organized under the laws of the State of Delaware regularly doing business in the State of Indiana, with its registered agent located in Indianapolis, Indiana, and doing business under the assumed business name of Wal-Mart Supercenter.

7. At all times relevant to this complaint, Does 1-3 are persons or entities whose negligence may be a responsible cause of Tanista's injuries, harms, and losses and whose names are not presently known. Trial Rule 17(F).

**VENUE**

8. Venue is proper in this County. IND. R. TR. PRO. 75(A)(2).

9. On June 21, 2020, Tanista, then 35 years old, was a business invitee on the premises of the Supercenter that was owned, operated, controlled, managed, or maintained by the Walmart Defendants and/or Does 1-3 individually, collectively, or in concert.

10. While a business invitee, just a few feet from the entrance, Tanista slipped and fell due a foreign, oily substance and/or the condition of the entrance.

11. Tanista hit the ground hard and sustained injuries including a fractured ankle.

12. Tanista's devasting injuries were easily preventable and Defendants including the Walmart Defendants had the ability financial and otherwise to ensure the premises were reasonably safe and this included, among other things, non-slip ADA pads, anti-slip sealers, or

other slip-resistant surfaces, regular inspections, and/or cleanup of oily substances.

13. At all times relevant to this action, Defendants knew or should have known of the dangerous conditions at the Supercenter; should have realized they involved an unreasonable risk of harm to invitees including Tanista; should have expected invitees including Tanista would not discover or realize the danger or would fail to protect themselves from the danger; and Defendants failed to exercise reasonable care to protect invitees including Tanista from the dangers.

14. At all times relevant to this action, Defendants' duty to use reasonable care extends to keeping its parking lot safe and providing a safe and suitable means of getting in and out of the Supercenter.

15. Defendants had an active and continuing duty and obligation to inspect the premises during all hours of operation to discover and remedy defects that make the premises unsafe for use by business invitees such as Tanista.

16. At all times relevant to this action, Defendants had a duty to maintain the Supercenter in a such a way not to cause injury to one lawfully entering the Supercenter to make purchases.

17. Tanista, an invitee, had the right to assume the premises were reasonably safe for her use.

18. Defendants' negligence, individually or collectively, was a responsible cause of Tanista's serious injuries which injuries included a fractured ankle which required surgery and implantation of metal plates and screws.

19. Defendants' negligence, individually or collectively, was a responsible cause of

Tanista's physical pain, mental pain, trauma, distress, medical expenses, painful physical therapy, loss of earnings, loss of enjoyment, and other harms, losses, and damages.

20. Tanista was unaware of dangerous conditions at the Supercenter on the day of her fall.

21. Tanista bears no fault for her injuries.

22. Tanista's injuries and damages were entirely preventable by Defendants.

23. Tanista sustained damages resulting from the concerted actions of the Defendants for their tortious failure to maintain the premises, tortious failure to use reasonable care to provide a safe and suitable means of getting in and out of the Supercenter, and their tortious failure to exercise reasonable care to protect Tanista, an invitee, from dangerous conditions. Tanista is entitled to damages from Defendants' concerted action in the commission of the tort(s) alleged herein.

24. Tanista seeks all available relief and damages even if she has not demanded such relief in her pleadings. IND. R. TR. PRO. 54.

## JURY DEMAND

Plaintiff request a jury trial for all issues so triable.

**WHEREFORE,** Plaintiff Tanista Stevenson prays that the Court enter judgment in her favor and against Defendants in an amount commensurate with her damages, and for any further and additional relief as this Court deems just and proper even if she has not demanded such relief in her pleadings. Trial Rule 54(C).

Respectfully submitted,
**GLASER & EBBS, LLC**
/s/ Albert J. Dahm
Albert J. Dahm #4775-02
132 East Berry ST
Fort Wayne, IN 46802
bdahm@glaserebbsfw.com
P (260) 424-0954
F (260) 424-6529
Attorneys for Tanista Stevenson Plaintiff
